Nos. 2071 and 2081. PEOPLE, APPELLEE, v. SUCCESSORS OF LAURNAGA & CO., LTD., APPELLANTS.—District Court of Aguadilla. Decided February 25, 1924. For the reasons stated in the opinion in the case of *People* v. *Laurnaga & Co., ante,* page 766, the judgments were reversed.

No. 3270. ARNALDO, APPELLEE, v. FERNÁNDEZ, APPELLANT. —The motion made in open court by the appellee is sustained and his motion for dismissal is considered withdrawn.

No. 3266. SALAZAR ET AL. v. BECERRA, APPELLANT.—District Court of Ponce. Decided February 26, 1924. It appearing from the motion for dismissal that the judgment rendered on June 29, 1921, was appealed from on July 27, 1921, and that the appellant has filed no transcript of the evidence, statement of the case or bill of exceptions or asked for extensions of time, the motion was sustained and the appeal dismissed.

No. 3272. SOUTHGATE IMPORT & EXPORT CO., APPELLEE, v. PÉREZ, APPELLANT.—Second District Court of San Juan. Decided February 26, 1924. It appearing from appellee's motion that the defendant filed his notice of appeal on January 15, 1924, and up to February 18, 1924, had filed no statement of the case or transcript of the evidence, the motion was sustained and the appeal dismissed.

No. 3278. JOVET, APPELLANT, v. JIMÉNEZ, APPELLEE.—District Court of Ponce. Decided March 3, 1924. Motion for dismissal sustained.